No. 16,533.

V. J. DUNTON REALTY CO. *v.* OBERFELDER.

(238 P. [2d] 882)

Decided December 3, 1951.

*Per Curiam.*

Judgment affirmed en banc without written opinion.

Mr. ISAAC MELLMAN, for plaintiff in error.

Messrs. IRELAND, IRELAND, STAPLETON & PRYOR, for defendant in error.